**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 21-7592**

───────────────

DERICK CHRISTOPHER KESSING,

    Plaintiff - Appellant,

  v.

UNKNOWN,

    Defendant - Appellee.

───────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  David J. Novak, District Judge.  (3:21-cv-00504-DJN-EWH)

───────────────

Submitted:  January 20, 2022       Decided:  January 25, 2022

───────────────

Before WILKINSON, DIAZ, and THACKER, Circuit Judges.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

Derick Christopher Kessing, Appellant Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derick Christopher Kessing seeks to appeal the district court's order dismissing his action without prejudice as he requested.  This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949).  The order Kessing seeks to appeal is neither a final order nor an appealable interlocutory or collateral order.  Accordingly, we deny Kessing's motion to compel and dismiss his appeal for lack of jurisdiction.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*
